UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIM KAAUMOANA MATTSON,<br><br>Defendant. | CASE NO. CR97-432-RSM<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on March 3, 2006. The United States was represented by Kelly Harris. The defendant was represented by Michael Filipovic. The proceedings were recorded on disk.

## CONVICTION AND SENTENCE

Defendant had been convicted of wire fraud on or about April 3, 1998. The original sentence of 5 years probation was revoked on January 16, 2002 and again on November 27, 2002. The Hon. Barbara Jacobs Rothstein of this court sentenced Defendant to 6 months of confinement, followed by 30 months of supervised release.

The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

//

PROPOSED FINDINGS
PAGE -1 CR97-432-RSM

## DEFENDANT'S ADMISSION

USPO Jonathan Ishii alleged that Defendant violated the conditions of supervised release in three respects:

(1) Committing the crime of theft, in Kent, Washington, on or about November through December 2003, in violation of the standard condition of his supervised release prohibiting the offender from committing a federal, state, or local crime.

(2) Failing to notify the probation officer withing 72 hours of being arrested or questioned by a law enforcement officer, in violation of standard condition #11 of his supervised release.

(3) Failing to notify the probation officer at least 10 days prior to any change in residence, in violation of standard condition #6 of his supervised release.

At an initial hearing, I advised the defendant of these charges and of his constitutional rights, and the Defendant admitted to violation numbers two and three, waived any hearing as to whether it occurred. The Government agreed to dismiss violation number one. The defendant consented to having the matter set for a disposition hearing before the Hon. Ricardo S. Martinez.

//
//
//
//
//
//
//
//
//

PROPOSED FINDINGS
PAGE -2 CR97-432-RSM

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged; and set the matter for a disposition hearing.

Defendant has been detained pending a final determination by the court.

DATED this 3rd day of March, 2006.

*(signature)*

MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge        :  Hon. Robert S. Martinez
    Assistant U.S. Attorney :  Kelly Harris
    Defense Attorney        :  Michael Filipovic
    U. S. Probation Officer :  Jonathan Ishii